| | |
|---|---|
| **DISTRICT COURT, EL PASO COUNTY, COLORADO**<br>Court Address:        Post Office Box 2980<br>                               Colorado Springs, CO  80901 | **EFILED Document**<br>**CO El Paso County District Court 4th JD**<br>**Filing Date: Feb  3 2011  2:28PM MST**<br>**Filing ID: 35753953**<br>**Review Clerk: Deborah Moore** |
| **Plaintiff(s):**<br><br>SHIRLEY KERR,<br><br>v.<br><br>**Defendant(s):**<br><br>WAL-MART STORES, INC. | ▲ **COURT USE ONLY** ▲<br>Case Number:  11CV923<br><br>Div.:  2 |
| **ORDER RE:  CASE MANAGEMENT CONFERENCE** ||

THIS MATTER comes before the Court on *sua sponte* review.  Plaintiff is to notice a setting and set a case management conference.  The conference is to take place within 45 days of the date of this Order.  To the extent parties join the case in the interim, Plaintiff is responsible for providing notice to them of the conference.  Counsel are to have in mind the necessary discovery for the case as well as any issues that will need to be addressed by motion.  Counsel are to bring calendar information as a schedule for the remainder of the case and a trial date will be set during the conference.

DONE and ORDERED February 3, 2011.

BY THE COURT

David S. Prince
DISTRICT COURT JUDGE